FILED

02/11/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0605

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0605

_____

BOARD OF REGENTS OF HIGHER
EDUCATION OF THE STATE OF MONTANA,

      Petitioner and Appellee,

   v.

THE STATE OF MONTANA, by and through
Austin Knudsen, Attorney General of the State of
Montana in his official capacity,

      Respondent and Appellant.

_____

O R D E R

On February 10, 2022, the Court granted Representative Seth Berglee's motion to file an amicus brief, ordering that the brief would be filed on February 16, one week after Appellant's brief was due. Counsel for Amicus has filed a revised motion to file the amicus brief based upon the Court' rejection of Appellant's opening brief. The Court deems this a motion for extension.

IT IS HEREBY ORDERED that the amicus brief is due seven days from the date Appellant's brief is filed.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
February 11 2022